IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNETTE POORBOY | § | |
| *Plaintiff*, | § § § | |
| vs. | § § | C.A. NO. 4:20-cv-989 |
| STRONGHOLD, LTD. | § § § | |
| *Defendant.* | § | |

## AGREED JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Annette Poorboy, and Defendant, Stronghold, Ltd., ask this Court to dismiss this lawsuit.

All parties agree and request that the Court grant and enter the proposed Order attached to this Motion dismissing this matter with prejudice.

Therefore, Plaintiff, Annette Poorboy, and Defendant, Stronghold, Ltd., pray that this Agreed Joint Motion to Dismiss be GRANTED in all things.

Respectfully submitted,

  */s/ Clayton D. Craighead*
Clayton D. Craighead
TBN 24065092; Fed No. 958992
Attorney-in-Charge
**THE CRAIGHEAD LAW FIRM, PLLC**
440 Louisiana, Suite 900
Houston TX 77002
Clayton.craighead@thetxlawfirm.com

*Attorney for Plaintiff, Annette Poorboy*

  */s/ Monica A. Fitzgerald*

        Monica A. Fitzgerald
        TBN 07088230; Fed No. 8846
        Attorney-in-Charge
        **VORYS, SATER, SEYMOUR AND PEASE LLP**
        mafitzgerald@vorys.com
        909 Fannin, Suite 2700
        Houston, Texas 77010
        (713) 588-7000 Telephone
        (713) 588-7050 Facsimile

        *Attorney for Defendant, Stronghold Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of September, 2021, I electronically filed the foregoing *Agreed Joint Motion to Dismiss With Prejudice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Monica A. Fitzgerald
TBN 07088230; Fed No. 8846
**VORYS, SATER, SEYMOUR AND PEASE LLP**
mafitzgerald@vorys.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile

*Attorney for Defendant*


        */s/ Clayton D. Craighead*
        Clayton D. Craighead