United States District Court
Southern District of Texas
**ENTERED**
September 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNETTE POORBOY | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | C.A. NO. 4:20-cv-989 |
| STRONGHOLD, LTD. | § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Joint Motion to Dismiss with Prejudice filed by Plaintiff, Annette Poorboy, and Defendant, Stronghold, Ltd. The Court is of the opinion that it should be GRANTED. Therefore it is ORDERED:

1. The Agreed Joint Motion to Dismiss is GRANTED;

2. All of Plaintiff, Annette Poorboy's, claims are hereby DISMISSED WITH PREJUDICE;

3. Each party will bear its own costs, fees and expenses; and

4. This order disposes of all claims and is a final judgment.

SIGNED ON  September 23, 2021 at Houston, Texas.

_____
Alfred H. Bennett
United States Magistrate Judge